# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 31, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

> Re:  Charles Randle Kay
>      v. Texas
>      No. 14-9113
>      (Your No. WR-49,997-05)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2014 and placed on the docket March 31, 2015 as No. 14-9113.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk